## JONES *v.* GEORGIA.

No. 149, Misc.   Decided October 14, 1968.

*Frank B. Hester* for petitioner.

*Lewis R. Slaton* and *J. Walter LeCraw* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Georgia for further consideration in light of *Witherspoon* v. *Illinois,* 391 U. S. 510.

## WORKMAN *v.* UTAH.

No. 39, Misc.   Decided October 14, 1968.

*Jimi Mitsunaga* for petitioner.

*Phil L. Hansen,* Attorney General of Utah, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is reversed.   *Miranda* v. *Arizona,* 384 U. S. 436; *Johnson* v. *New Jersey,* 384 U. S. 719.